United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID RAMIREZ,<br><br>　　Plaintiff.<br><br>V.<br><br>KILOLO KIJAKAZI, *Acting Commissioner Social Security Administration*,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:21-cv-03780 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 23, 2022, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 9. Judge Edison filed a Memorandum and Recommendation on February 1, 2023, recommending that Plaintiff's Motion for Summary Judgment (Dkt. 11) be **DENIED**, and Defendant's Motion for Summary Judgment (Dkt. 12) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 13) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiff's Motion for Summary Judgment (Dkt. 11) is **DENIED**; and

(3)  Defendant's Motion for Summary Judgment (Dkt. 12) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 21st day of February 2023.

                                            GEORGE C. HANKS, JR.
                                      UNITED STATES DISTRICT JUDGE